UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-606-MOC

| | |
|---|---|
| DEON INMAN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| WELLS FARGO HOME MORTGAGE, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Strike Plaintiff's Amended Complaint. (Doc. No. 21). The Court grants the motion for the reasons stated in Defendant's brief. That is, Plaintiff was required under Rule 15(a) of the Federal Rules of Civil Procedure to file a motion with the Court seeking amendment. The motion to strike is granted without prejudice to Plaintiff to file a motion to amend his Complaint in accordance with Rule 15.

**IT IS SO ORDERED.**

Signed: June 16, 2020

Max O. Cogburn Jr.
United States District Judge